IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **JACKIE HAYS,**<br><br>    Plaintiff,<br><br>v.<br><br>**SAPP'S WRECKER SERVICE, INC., DAVID THOMPSON, and NATIONAL INTERSTATE INSURANCE COMPANY,**<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>CV421-99<br><br><br>REMOVED FROM STATE COURT OF CHATHAM COUNTY<br>STCV20-02315 |

### DEFENDANTS' NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Southern District of Georgia, Savannah Division:

COME NOW, Defendants **SAPP'S WRECKER SERVICE, INC., DAVID THOMPSON, and NATIONAL INTERSTATE INSURANCE COMPANY** (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1. A civil action was filed on December 4, 2020, and is now pending in the State Court of Chatham County, State of Georgia, with the parties named and aligned as stated in the caption of this document. That action is designated there as Civil Action File No.: STCV20-02315. A true and correct copy of the Complaint is attached as Ex. A. In his Complaint, Plaintiff seeks special damages (Compl. ¶ 10, Wherefore), however, Plaintiff did not specify the amount of damages sought.

2. Defendants field timely answers and served written discovery on Plaintiff.

3. On March 17, 2021, Defendants received responses to their written discovery. True

1

and correct copies of those response are attached as Ex. B – Response to Request for Admissions, and Ex. C – Response to Interrogatories. In those responses Plaintiff first identified that he contends that he is entitled to recover more than $75,000.00 (Ex. B, Response to Request for Admission No. 4), and that his damages are in the amount of $203,261.66. (Ex. C, Plaintiff's Response to Interrogatories, No. 22). This is the first notice Defendants had of Plaintiff's alleged special damages.

4. Defendants file herewith a copy of all process, pleadings, and orders received by Defendant in Civil Action File No.: 15A58008-3, pursuant to 28 USC §1446. Ex. A (Complaint, Proof of Service, Answers).

5. Plaintiff Jackie Hays is a Louisiana resident and, thus, a citizen of Louisiana. In his Complaint, Plaintiff states that he is domiciled in Delhi Richland Parish, Louisiana. (*See* Ex. A, ¶ First paragraph). If a person is domiciled in [Michigan], he was a citizen of that state within the meaning of the Judicial Code. *Gilbert v. David*, 235 U.S. 561, 569 (1915).

6. Defendant Sapp's Wrecker Service, Inc. is now and was at the commencement of Civil Action File No. STCV20-02315 a corporation organized and existing under the laws of the State of Georgia with its principal place of business in Georgia. (*See* Georgia Secretary of State Business Entity Records attached as Ex. D). Defendant Sapp's Wrecker Service, Inc. is a citizen of Georgia.

5. Defendant David Thompson is a Georgia resident and, thus, a citizen of Georgia. (*See* Ex. E – Voter Registration). If a person is domiciled in [Michigan], he was a citizen of that state within the meaning of the Judicial Code. *Gilbert v. David*, 235 U.S. 561, 569 (1915).

6. Defendant National Interstate Insurance Company is now and was at the commencement of Civil Action File No. STCV20-02315 a company organized and existing under

the laws of the State of Ohio with its principal place of business in Ohio. (*See* Georgia Secretary of State Business Entity Records attached as Ex. F). National Interstate Insurance Company is a citizen of Ohio.

7. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendants pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties and the Parties are not residents of the same state. Plaintiff currently alleges special damages in the amount of $203,261.66, so the amount in controversy exceeds $75,000 exclusive of interest and costs.

8. Defendant attaches hereto a copy of Defendant's Notice of Removal which has been sent for filing in the State Court of Chatham County, State of Georgia, marked as Ex. G.

9. Defendant attaches hereto a copy of Defendant's Brief in Support of Notice of Removal.

Respectfully submitted this 6th day of April, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC
Georgia State Bar No. 473114
*Counsel for Defendants*

191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303-1775
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| JACKIE HAYS, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | |
| SAPP'S WRECKER SERVICE, INC., DAVID THOMPSON, and NATIONAL INTERSTATE INSURANCE COMPANY, | REMOVED FROM STATE COURT OF CHATHAM COUNTY STCV20-02315 |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** upon all parties to this matter by depositing same in the U.S. Mail and/or via e-file and serve as required by law:

J. Boone Phillips
Phillips Carson & Phillips
1901 Abercorn Street
Savannah, GA 31401
Boone@SavannahLawyers.com

This 6th day of April, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Sandro Stojanovic*
SCOTT H. MOULTON
Georgia State Bar No. 974237
SANDRO STOJANOVIC

5

                Georgia State Bar No. 473114
                *Counsel for Defendants*

191 Peachtree Street, NE
Suite 2900
Atlanta, GA 30303-1775
smoulton@hallboothsmith.com
sstojanovic@hallboothsmith.com